B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Matthew G. Trochlil
     Kristen M. Trochlil
     Debtor

Case No. 14-51824

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Flagstar Bank, FSB

**Court claim no. (if known):** 6

**Last four digits** of any number you use to identify the debtor's account: xxxxxx2027

**UCI:** _____

**Property Address:** 2306 Chesning Ave, Jackson, MI 49202-2930

**TT#** 419773B03

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | 8/28/2014 | (5) | $150.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ |
| 11. Other. Specify: Plan Review | 8/20/2014 | (11) | $150.00 |
| 12. Other. Specify:_____ | | (12) | $ |
| 13. Other. Specify:_____ | | (13) | $ |
| 14. Other. Specify:_____ | | (14) | $ |
| Total | | | $300.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor
☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/
Signature

Print: Melissa Byrd P66314
~~Athena Aitas P61824~~
First Name    Middle Name    Last Name

Date 09/16/2014

Title Attorney For Flagstar Bank, FSB

Company  Trott & Trott, P.C.

Address  31440 Northwestern Hwy Ste 200
Number        Street
Farmington Hills        MI    48334-5422
City                    State  ZIP Code

Contact Phone 248.642.2515        Email EasternECF@trottlaw.com